# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHARLES GALLISON,

Appellant,

v.

JPMORGAN CHASE BANK, N.A.,

Appellee.

No. 2D2025-1491
_____

April 10, 2026

Appeal from the County Court for Sarasota County; Kennedy B. Legler, Judge.

Charles Gallison, pro se.

Drew Linen of RAS LaVrar, LLC, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.